**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
JINWEN YANG,

                         Petitioner,            25 **CIVIL** 10265 (JPO)

      -against-                                 **JUDGMENT**

JUDITH ALMODOVAR, et al.,

                        Respondents.
-------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Order dated December 18, 2025, the petition for a writ of habeas corpus is GRANTED. Respondents are hereby ORDERED to immediately release Yang from custody and certify compliance with this order by filing an entry on the docket no later than 12:00 p.m. on December 19, 2025.

**DATED:**  New York, New York
           December 19, 2025

                                    **TAMMI M. HELLWIG**
                                    _____
                                    **Clerk of Court**

               **BY:**

                                    _____
                                   **Deputy Clerk**